UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN THE MATTER OF
ADMINISTRATIVE INSPECTION OF:

SUSAN ELAINE WEBB, M.D.
9330 PARK WEST BOULEVARD, SUITE 409
KNOXVILLE, TENNESSEE 37923

Docket No. 3:20-MJ-1091

## WARRANT FOR INSPECTION

To Supervisory Diversion Investigator Mark Allen Armstrong II and any other duly authorized investigator or agent of the Drug Enforcement Administration of the United States Department of Justice.

Application having been made and probable cause as defined by 21 U.S.C. § 880(d)(1) having been shown by the affidavit of Supervisory Diversion Investigator Mark Armstrong of the Drug Enforcement Administration for an inspection of the controlled premises of Susan Elaine Webb, M.D., 9330 Park West Boulevard, Suite 409, Knoxville, Tennessee 37923, and described as an office located on the fourth story of a five-story office building that is labeled as "Parkwest Physicians Plaza" and bears number 9330. The office itself displays the name "Tennessee GYN," along with number 409, it appearing that such inspection is appropriate pursuant to 21 U.S.C. § 880.

Therefore, pursuant to 21 U.S.C. § 880, you are hereby authorized to enter the above-described premises during ordinary business hours in a reasonable manner and to a reasonable extent for the following purposes:

(1) inspect and inventory all finished or unfinished controlled substances on the premises, including the collection of samples if necessary.
(2) inspect all pertinent equipment, records, files, reports, official order forms, prescriptions, and documents required to be made, kept and maintained under the provisions of the Controlled Substances Act, 21 U.S.C. §§ 800, *et seq.*, including electronically-stored data, for the purpose of verifying that said records, files, official order forms, reports, prescriptions, documents and controlled substances are properly kept and maintained.
(3) inspect all records, files, papers, processes, controls and facilities appropriate for verification of the records, reports and documents required to be kept under the provisions of the Act and regulations promulgated thereunder.

(4) inspect patient files for the limited purpose of verifying that records of controlled substances administered, dispensed, or prescribed in the course of maintenance or detoxification treatment are properly kept and maintained.

You are hereby further authorized to seize from the above-described controlled premises such of the following records, reports, documents, files and inventories as are appropriate to the effective accomplishment of the inspection, and to copy such of the following records that are required to be made, kept and maintained under the provisions of the Controlled Substances Act:

(1) Any and all records of all controlled substances prescribed in the course of maintenance or detoxification treatment;
(2) Any and all records showing inventorying of controlled substance inventories, including electronically-stored inventories;
(3) Any and all records showing the distribution, dispensing, administration, or otherwise disposal of controlled substances, including electronically-maintained records;
(4) Any and all records showing ordering and receipt of controlled substances, including electronically-maintained records;
(5) Any and all reports of theft or loss of controlled substances, including DEA Form 106 and including electronically-stored records.
(6) Any and all records pertaining to the destruction of controlled substances, including DEA Form 41 and including electronically-stored records.

This Court authorizes you to copy the above listed items as contained in any computerized format, including hard drives, diskettes, and other such storage devices where records and documents sought by this administrative inspection warrant may be found in electronic form and perform whatever techniques are necessary to ensure that the imaged copies are accurate copies.

A prompt return shall be made by the inspecting officers to the undersigned United States Magistrate Judge, showing that the inspection has been completed and accounting for all property seized pursuant to this warrant, not later than 10 days from the issuance of this warrant.

_____
Debra C. Poplin
United States Magistrate Judge

Dated: 6/16/2020 3:07pm

## RETURN

I received the attached administrative inspection warrant on  6/16/2020 .

On  6/17/2020  at  10:45 am , I conducted administrative inspection of the premises described in the warrant and I left a copy of the warrant with  Glenn Zink .

The following records and/or samples of controlled substances were seized pursuant to the warrant:

See attached DEA-12 Receipt for Cash or Other Items. No original hardcopy records seized in course of inspections. All items either printed-out or photocopied onsite.

FILED

JUN 19 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

6/19/2020

Mark Allen Armstrong II
Supervisory Diversion Investigator
Drug Enforcement Administration

Subscribed and sworn to and returned before me this _____ day of _____, 2020.

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| Glenn Zink, Office Manager | FILE TITLE | FILED JUN 19 2020 Clerk, U.S. District Court Eastern District of Tennessee At Knoxville |
| | DATE 6/17/2020 | |

**DIVISION/DISTRICT OFFICE**

Knoxville Resident Office

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| — | print-outs of invoices & other controlled substance purchase records from Besse Medical | AIW |
| — | print-outs of receiving records from Acredo | |
| — | print-out of receipts from Anda Meds | |
| — | print-out of invoices from orange folder | |
| — | rx profile print-out of pt. "Dalton" | |
| — | Approved Prescription forms printout | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type): Mark Armstrong DEA DI

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type): DI Merry Church

FORM DEA-12 (8-02) Previous editions obsolete    Electronic Form Version Designed in JetForm 5.2 Version

Case 3:20-mj-01091-DCP   Document 4   Filed 06/19/20   Page 4 of 4   PageID #: 13